IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| MT. LOOKOUT CHIROPRACTIC CENTER, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>                Plaintiff,<br>v.<br><br>QUEST DIAGNOSTICS INCORPORATED, QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS OF PENNSYLVANIA INC., and JOHN DOES 1-10,<br>                Defendants. | No. 12-cv-04517-JLL-MAH |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

All parties who have appeared in this action hereby file this Stipulation of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and request that this cause be dismissed without prejudice with each party bearing their own costs and attorney fees in this action.

DATED this 26th day of June, 2013

| Attorneys for Plaintiff: | Attorneys for Defendants: |
|---|---|
| s/ Matthew N. Fiorovanti | s/ Louis A. Chiafullo |
| Matthew N. Fiorovanti | Louis A. Chiafullo |
| GIORDANO, HALLERAN & CIESLA | McCARTER & ENGLISH, LLP |
| 125 Half Mile Road, Suite 300 | Four Gateway Center |
| Red Bank, NJ  07701-6777 | 100 Mulberry Street |
| Telephone:  732-741-3900 | Newark, NJ  07102 |
| | |
| Brian J. Wanca *(admitted pro hac vice)* | Thomas R. Heisler *(admitted pro hac vice)* |
| David M. Oppenheim | Mark B. Blocker |
| ANDERSON + WANCA | SYDLEY AUSTIN LLP |
| 3701 Algonquin Road, Suite 760 | One South Dearborn St. |
| Rolling Meadows, IL  60008 | Chicago, IL  60603 |

1

Telephone:  847-368-1500                                Telephone:  312-853-4117

## CERTIFICATE OF SERVICE

      I hereby certify that on June 26, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                        s/Matthew N. Fiorovanti

.

Docs #1336243-v1